

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER

Appellate case name:       John Acosta v. The State of Texas

Appellate case number:     01-12-00151-CR

Trial court case number:    1243560

Trial court:               178th District Court of Harris County

The Court has determined that additional briefing may be appropriate for resolution of this case. The Court requests that the parties file supplemental briefs addressing *Okonkwo v. State*, No. PD-0207-12 (Tex. Crim. App. May 15, 2013), and its application to the above-referenced case.

Each party's supplemental brief shall not exceed five pages in length. The supplemental briefs are due no later than **Friday, May 31, 2013**.

It is so ORDERED.

Judge's signature: <u>s/Harvey Brown</u>
               X Acting individually     ☐ Acting for the Court

Date:  <u>May 15, 2013</u>